IN THE UNTED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN 29 2021

Nathan Ochsner, Clerk of Court

| PINE VILLAGE NORTH ASSOCIATION Plaintiff, V. DENNIS FISHER AND SHERYL FISHER Defendant, | § § § § § § § § § § § | CIVIL ACTION No. 4:21CV2118 |
|---|---|---|

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1446 and Local Rule 81.1, Defendants Dennis Fisher (collectively, the Defendants) remove Cause No. 2016-56465 , Pine Village North Association V. Dennis Fisher and Sheryl Fisher from the 333rd Judicial District Court, Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

# INTRODUCTION

Plaintiff, Pine Village North Association (the "Plaintiff") filed its Original Petition in state court on August, 24, 2016 seeking foreclousre of the Defendants' property, 5735 Easthampton Drive, Unit A, Houston, Texas, located in the Pine Village North Subdivsion as

1

well as attorney fees and court costs. Defendants allege that Plaintiffs' right to bring the aforementioned suit/legal action is barred by law as Plaintiff is not a legal entity in accordance with law, thus violating the Defendants rights under the United States and Texas Constitutions (specifically, the Due Process Clause of the 14th Amendment to the United States Constitution, the Due Course of Law Provsion of Article I, Section 19 of the Texas Constitution, the Takings Clause of the 5th Amendment to the United States Constitution and the Takings Clause of Article I, Section 17 of the Texas Constitution.

On various dates and times throughout the aforementioned state case, Defendants have challenged the Plaintiffs' Authority to bring and maintain said case. The Plaintiff has repeatedly knowingly and intentionally provided documentation that they knew to be false in an attempt to assert legal and proper authority as Plaintiff. The State Court in this matter has allowed the Plaintiff to maintain this action after review of the fictitious documents, falsified affidavits and testimony, thus vitiating "Fraud Upon The Court" and violating Defendants rights of Due Process. Furthermore, Plaintiffs have knowingly and intentionally filed documents and given testimony that clearly demonstrate "Extrinsic and Extrinsic Fraud".

## VENUE IS APPROPRIATE IN THE HOUSTON DIVISION

Venue for this removal is proper in the U.S. District Court for the Southern District of Texas, Houston Division, because this district and division includes Harris County, Texas - the location of the pending state court action. *See* 28 U.S.C. Section 124(b)(2) (stating that the Houston Division of the Southern District includes Harris County).

2

## PROCEDURAL REQUIREMENTS

Pursuant to 28 U.S.C. Section 1446 and Local Rule 81, copies of all process, pleadings, orders, and other papers filed in the state court action are attached to this Notice of Removal, including all executed process in the case; all orders signed by the state judge; the docket sheet, an index of matters being filed; and a list of all counsel of record, including addresses, telephone numbers, and parties represented. Along with the filing of the Notice of Removal, Defendants are filing a copy of the Notice of Removal with the Harris County 333rd Judicial District Court, pursuant to 28 U.S.C. Section 1446(d). Plaintiff has not requested a jury trial.

## BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

### A. Federal Question Jurisdiction: General Principals.

Federal question jurisdiction arises when a party sets forth allegations "founded on a claim or right arising under *the Constitution*, treaties or laws of the United States." 28 U.S.C. Sec. 1441(b) (emphasis added); *see also* 28 U.S.C. Sec. 1331; Hart v. Bayer Corp., 199 F.3d 239, 243 (5th Cir. 2000). A case arises under federal law within the meaning of Sec. 1331 if "a well pleaded complaint establishes that either federal law creates the cause of action or that a party's right to relief necessarily depends on the resolution of a substantial question of federal law." *Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 689-90 (2006); *Singh v. Duane Morris LLP*, 538 F.3d 334, 337-38 (5th Cir. 2008).

## B. Defendants have Asserted Two Causes of Action for Violation of the United States Constitution.

This Court has federal question jurisdiction because Defendants' claims are "founded on a claim or right under the Constitution...." 28 U.S.C. Sec. 1441(b). Here, the face of the defendants pleadings assert causes of action against plaintiffs for alleged violations of both the Due Process Clause of the 14th Amendment and the Takings Clause of the 5th Amendment to the United States Constitution.

Moreover, this Court possesses, and should exercise, supplemental jurisdiction over the remaining state law claims because those claims form part of the same case of controversy as defendants' federal claims. *See* 28 U.S.C. Sec. 1367(a).

## CONCLUSION

Having satisfied the requirements for removal under 28 U.S.C. Sec. 1331, 1446(b) and Local Rule 81.1, Defendants give notice that Cause No. 2016-56465, now pending in the 333rd Judicial District Court, Harris County, Texas has been removed to this Court.

Respectfully Submitted,

Dennis Fisher, Pro Se
Sheryl Fisher, Pro Se
5735 Easthampton Drive, Unit A
Houston, Texas 77039
(832) 294-9684
DFISH5219@GMAIL.COM

4

## CERTIFICATE OF SERVICE

I/we certify that a true and correct copy of the above was served on the following in accordance with the Federal Rules of Civil Procedure on June 29, 2021, Attorney Chris J. Archambault via electronic mail at **archambault.filing@daughtryfarine.com.**

Respectfully Submitted,

_____

_____

Dennis Fisher, Pro Se
Sheryl Fisher, Pro Se
5735 Easthampton Drive, Unit A
Houston, Texas 77039
(832) 294-9684
DFISH5219@GMAIL.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PINE VILLAGE NORTH ASSOCIATION

## DEFENDANTS
DENNIS FISHER & SHERYL FISHER

**(b)** County of Residence of First Listed Plaintiff **HARRIS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **HARRIS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 281.480.6888
Attorney Chris J. Archambault  17044 El Camino Real
Daughtry & Farine P.C.  Houston, Texas 77058

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1331, 28 USC 1446
Brief description of cause:
VIOLATION OF CIVIL RIGHTS - DUE PROCESS

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____