United States Courts
Southern District of Texas
FILED

JUN 28 2021

Nathan Ochsner, Clerk of Court

# IN THE UNTED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| North East Pine Village Homeowners Association D/B/A Pine Village North Association<br>Plaintiff,<br><br>V.<br>Denzell Wells,<br>Curtis Washington,<br>Andrea Dominguez,<br>Irvin Investments, LLC.<br>Pine Village North Homeowners Association, And<br>Christopher Mitchell<br>Defendant, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION No.** _____ |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1446 and Local Rule

81.1, Defendants Christopher Mitchell (collectively, the Defendants) remove Cause No.

2019-23439 , North East Pine Village Homeowners Association D/B/A Pine Village North

Association  V.  Denzell Wells, Curtis Washington, Andrea Dominguez, Irvin Investments,

LLC. Pine Village North Homeowners Association, And Christopher Mitchell from the

333rd Judicial District Court, Harris County, Texas to the United States District Court for

the Southern District of Texas, Houston Division.

1

# INTRODUCTION

Plaintiff, North East Pine Village Homeowners Association D/B/A Pine Village North Association (the "Plaintiff") filed its Original Petition in state court on April, 2, 2019 seeking declaratory relief of quiet title of (17) properties located in the Pine Village North Subdivsion as well as damages for alleged violations of various provisions of the subdivsions governing documents. Defendants allege that Plaintiffs' right to bring the aforementioned suit/legal action is barred by law as Plaintiff is not a legal entity in accordance with law, thus violating the Defendants rights under the United States and Texas Constitutions (specifically, the Due Process Clause of the 14th Amendment to the United States Constitution, the Due Course of Law Provsion of Article I, Section 19 of the Texas Constitution, the Takings Clause of the 5th Amendment to the United States Constitution and the Takings Clause of Article I, Section 17 of the Texas Constitution.

On various dates and times throughout the aforementioned state case, Defendants have challenged the Plaintiffs' Authority to bring and maintain said case. The Plaintiff has repeatedly knowingly and intentionally provided documentation that they knew to be false in an attempt to assert legal and proper authority as Plaintiff. The State Court in this matter has allowed the Plaintiff to maintain this action after review of the fictitious documents, falsified affidavits and testimony, thus vitiating "Fraud Upon The Court" and violating Defendants rights of Due Process. Furthermore, Plaintiffs have knowingly and intentionally filed documents and given testimony that purport "Extrinsic and Extrinsic Fraud"

2

## VENUE IS APPROPRIATE IN THE HOUSTON DIVISION

Venue for this removal is proper in the U.S. District Court for the Southern District of Texas, Houston Division, because this district and division includes Harris County, Texas - the location of the pending state court action. *See* 28 U.S.C. Section 124(b)(2) (stating that the Houston Division of the Southern District includes Harris County).

## PROCEDURAL REQUIREMENTS

Pursuant to 28 U.S.C. Section 1446 and Local Rule 81, copies of all process, pleadings, orders, and other papers filed in the state court action are attached to this Notice of Removal , including all executed process in the case; all orders signed by the state judge; the docket sheet, an index of matters being filed; and a list of all counsel of record, including addresses, telephone numbers, and parties represented. Along with the filing of the Notice of Removal, Defendants are filing a copy of the Notice of Removal with the Harris County 333rd Judicial District Court, pursuant to 28 U.S.C. Section 1446(d). Plaintiff has not requested a jury trial.

# BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

## A. Federal Question Jurisdiction: General Principals.

Federal question jurisdiction arises when a party sets forth allegations "founded on a claim or right arising under *the Constitution*, treaties or laws of the United States." 28 U.S.C. Sec. 1441(b) (emphasis added); *see also* 28 U.S.C. Sec. 1331; Hart v. Bayer Corp., 199 F.3d 239, 243 (5th Cir. 2000). A case arises under federal law within the meaning of Sec. 1331 if "a well pleaded complaint establishes that either federal law creates the cause of action or that a party's right to relief necessarily depends on the resolution of a substantial question of federal law." *Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 689-90 (2006); *Singh v. Duane Morris LLP*, 538 F.3d 334, 337-38 (5th Cir. 2008).

## B. Defendants have Asserted Two Causes of Action for Violation of the United States Constitution.

This Court has federal question jurisdiction because Defendants' claims are "founded on a claim or right under the Constitution…." 28 U.S.C. Sec. 1441(b). Here, the face of the defendants pleadings assert causes of action against plaintiffs for alleged violations of both the Due Process Clause of the 14th Amendment and the Takings Clause of the 5th Amendment to the United States Constitution.

Moreover, this Court possesses, and should exercise, supplemental jurisdiction over the remaining state law claims because those claims form part of the same case of controversy as defendants' federal claims. *See* 28 U.S.C. Sec. 1367(a).

## **CONCLUSION**

Having satisfied the requirements for removal under 28 U.S.C. Sec. 1331, 1446(b) and Local Rule 81.1, Defendants give notice that Cause No. 2019-23439, now pending in the 333rd Judicial District Court, Harris County, Texas has been removed to this Court.

Respectfully Submitted,

_____

Christopher Mitchell, Defendant, Pro Se
5726 Easthampton, Unit A
Houston, Texas 77039
(708) 513-9067
Prosper19@gmail.com

# CERTIFICATE OF SERVICE

I/we certify that a true and correct copy of the above was served on the following in

accordance with the Federal Rules of Civil Procedure on June 28, 2021, North East Pine

Village Homeowners Association D/B/A/ Pine Village North Association., by and through

Plaintiff's attorney, Chris J. Archambault via electronic mail at

archambault.filing@daughtryfarine.com.


Respectfully Submitted,

Christopher Mitchell, Defendant, Pro Se
5726 Easthampton, Unit A
Houston, Texas 77039
708-513-9067
Prosper19@gmail.com

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  *Harris Co.*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  *Harris Co.*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  *Christopher Archambault*
*Daughtry + Farine P.C. 17044 El Camino Real Houston, TX 77058*

Attorneys *(If Known)*  *N/A*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | **PERSONAL INJURY** | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 864 SSID Title XVI |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **FEDERAL TAX SUITS** | [ ] 865 RSI (405(g)) |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party 26 USC 7609 | **FEDERAL TAX SUITS** |
| | | [ ] 550 Civil Rights | **IMMIGRATION** | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | [ ] 891 Agricultural Acts |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | [ ] 893 Environmental Matters |
| | | | | [ ] 895 Freedom of Information Act |
| | | | | [ ] 896 Arbitration |
| | | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | [ ] 950 Constitutionality of State Statutes |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*28 USC 1331 + 28 USC 1440*
Brief description of cause:
*Violation of Due Process + Constitutional Rights*

### VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

IN THE UNTED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

JUN 3 0 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **Carol Stillwell, A Single Person With Her Authorizing Power Of Attorney To Her Son Richard Stillwell** <br>      *Plaintiff:* <br><br> **VS.** <br><br> **Pine Village North Association, Attorney Chris J. Archambault** <br>      *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br><br> CIVIL ACTION No. *4:21 CV 2131* |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1446 and Local Rule 81.1, Plaintiff,

Wilbert Richard Stillwell (collectively, the Plaintiffs) remove Cause No. 2016-74522, Carol

Stillwell, A Single Person With Her Authorizing Power Of Attorney To Her Son Richard

Stillwell V. Pine Village North Association, Attorney Chris J. Archambault from the 333rd

Judicial District Court, Harris County, Texas to the United States District Court for the Southern

District of Texas, Houston Division.

1

# INTRODUCTION

Plaintiff, Wilbert Richard Stillwell (the "Plaintiff") filed Original Petition in state court on October, 27, 2016 seeking declaratory judgment concerning the Plaintiffs' property, 12235 West Village Drive, Unit C, Houston, Texas, located in the Pine Village North Subdivsion as well as attorney fees and court costs. Plaintiffs allege that Defendants' right to bring the foreclousre suit/legal action is barred by law as defendants are not a legal entity in accordance with law, thus violating the Plaintiffs' rights under the United States and Texas Constitutions (specifically, the Due Process Clause of the 14th Amendment to the United States Constitution, the Due Course of Law Provsion of Article I, Section 19 of the Texas Constitution, the Takings Clause of the 5th Amendment to the United States Constitution and the Takings Clause of Article I, Section 17 of the Texas Constitution.

On various dates and times throughout the aforementioned state case, Plaintiffs have challenged the defendants' authority to bring and maintain said case. The defendants have repeatedly knowingly and intentionally provided documentation that they knew to be false in an attempt to assert legal and proper authority. The State Court in this matter has allowed the defendants to maintain this action after review of the fictitious documents, falsified affidavits and testimony, thus vitiating "Fraud Upon The Court" and violating Plaintiffs' rights of Due Process. Furthermore, defendants have knowingly and intentionally filed documents and given testimony that clearly demonstrate "Extrinsic and Extrinsic Fraud".

2

## VENUE IS APPROPRIATE IN THE HOUSTON DIVISION

Venue for this removal is proper in the U.S. District Court for the Southern District of Texas, Houston Division, because this district and division includes Harris County, Texas - the location of the pending state court action. *See* 28 U.S.C. Section 124(b)(2) (stating that the Houston Division of the Southern District includes Harris County).

## PROCEDURAL REQUIREMENTS

Pursuant to 28 U.S.C. Section 1446 and Local Rule 81, copies of all process, pleadings, orders, and other papers filed in the state court action are attached to this Notice of Removal , including all executed process in the case; all orders signed by the state judge; the docket sheet, an index of matters being filed; and a list of all counsel of record, including addresses, telephone numbers, and parties represented. Along with the filing of the Notice of Removal, Plaintiffs are filing a copy of the Notice of Removal with the Harris County 333rd Judicial District Court, pursuant to 28 U.S.C. Section 1446(d). Neither party has requested a jury trial.

## BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

### A. Federal Question Jurisdiction: General Principals.

Federal question jurisdiction arises when a party sets forth allegations "founded on a claim or right arising under *the Constitution*, treaties or laws of the United States." 28 U.S.C. Sec.

3

1441(b) (emphasis added); *see also* 28 U.S.C. Sec. 1331; Hart v. Bayer Corp., 199 F.3d 239,

243 (5th Cir. 2000). A case arises under federal law within the meaning of Sec. 1331 if "a well

pleaded complaint establishes that either federal law creates the cause of action or that a party's

right to relief necessarily depends on the resolution of a substantial question of federal law."

*Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 689-90 (2006); *Singh v. Duane

Morris LLP*, 538 F.3d 334, 337-38 (5th Cir. 2008).

B. **Plaintiffs have Asserted Two Causes of Action for Violation of the
United States Constitution.**

This Court has federal question jurisdiction because Plaintiffs' claims are "founded on a

claim or right under the Constitution…." 28 U.S.C. Sec. 1441(b). Here, the face of the plaintiffs'

pleadings assert causes of action against defendants for alleged violations of both the Due

Process Clause of the 14th Amendment and the Takings Clause of the 5th Amendment to the

United States Constitution.

Moreover, this Court possesses, and should exercise, supplemental jurisdiction over the

remaining state law claims because those claims form part of the same case of controversy as

plaintiffs' federal claims. *See* 28 U.S.C. Sec. 1367(a).

4

## CONCLUSION

Having satisfied the requirements for removal under 28 U.S.C. Sec. 1331, 1446(b) and Local

Rule 81.1, Plaintiffs give notice that Cause No. 2016-74522, now pending in the 333rd Judicial

District Court, Harris County, Texas has been removed to this Court.

Respectfully Submitted,

Wilbert Stillwell, Pro Se
4503 Sunlit Pass Loop
Humble, Texas 77396
281.217.0612
Richie7307@msn.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was served on the following in accordance with

the Federal Rules of Civil Procedure on June 30, 2021, Attorney Chris J. Archambault via

electronic mail at archambault.filing@daughtryfarine.com

Respectfully Submitted,

Wilbert Stillwell, Pro Se
4503 Sunlit Pass Loop
Humble, Texas 77396
281.217.0612
Richie7307@msn.com

5

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

WILBERT RICHARD STILLWELL

**(b)** County of Residence of First Listed Plaintiff    **HARRIS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

ATTORNEY CHRIS J. ARCHAMBAULT
Daughtry & Farine P.C.

**DEFENDANTS**

PINE VILLAGE NORTH ASSOCIATION

County of Residence of First Listed Defendant    **HARRIS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*    281.480.6888
17044 EL CAMINO REAL
HOUSTON, TX 77058

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | New Drug Application | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | Act of 2016 | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 862 Black Lung (923) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | **FEDERAL TAX SUITS** | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | 26 USC 7609 | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1331 & 28 USC 1446

Brief description of cause:
VIOLATION OF CIVIL RIGHTS - DUE PROCESS

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $    CHECK YES only if demanded in complaint:
UNDER RULE 23, F.R.Cv.P.    JURY DEMAND:    ☐ Yes    ☒ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____