IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Pine Village North Association** | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02118 |
| **Dennis Fisher and Sheryl Fisher** | § § § | |

### PLAINTIFF PINE VILLAGE NORTH ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Pine Village North Association states that it does not have a parent corporation and no publicly held corporations own 10% or more of its stock.

Respectfully submitted,

**DAUGHTRY & FARINE, P.C.**

By: */s/ Christopher J. Archambault*
Christopher J. Archambault
SBN: 24082634
FBN: 1674904
17044 El Camino Real
Houston, Texas  77058
Telephone:  (281) 480-6888
Telecopier:  (281) 218-9151
E-mail: daughtry.filing@daughtryfarine.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record below who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5(5.1). Any other counsel of record will be served by E-mail, first class mail, return receipt requested.

Date:  08/04/2021
                                                                                 /s/ *Christopher J. Archambault*
                                                                                 Christopher J. Archambault