UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Pine Village North Association

v.  Case Number: 4:21–cv–02118

Dennis Fisher, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/9/2021

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 2, 2021

Nathan Ochsner, Clerk