UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pine Village North Association, *Plaintiff*, | § § § § § § § | |
| v. | | Civil Action H-21-2118 |
| Dennis Fisher, et al., *Defendants*. | | |

## ORDER OF ADOPTION

On September 28, 2021, Magistrate Judge Peter Bray recommended that the court grant Pine Village's motion to remand. (D.E. 9.) The Fishers filed an untimely response to the motion which the court construes to be an objection to the memorandum and recommendation. (D.E. 12.) The court denies the Fishers' objections.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate order to remand.

Signed at Houston, Texas, on November 5, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE